832

No. 87–6897.  DAVIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 87–6902.  FRAZIER *v.* JABE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 87–6908.  ALICEA ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–6931.  SOLER ET AL. *v.* G & U, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–6940.  LIBERTA *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 87–6941.  KRZYSKE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–6942.  FERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6943.  THOMPSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–6949.  MUHAMMAD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6950.  WILEY *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 87–6974.  RICKS ET AL. *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 87–6978.  NERON *v.* TIERNEY, ATTORNEY GENERAL OF MAINE, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 87–6982.  RIZK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–6986.  ALSTON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 87–6989.  BISHOP *v.* OSBORN TRANSPORTATION, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.